# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

_____

|  |  |  |
|--|--|--|
| In re Karen Johnson-Kamwanga, | ) ) ) | |
|  | ) | Chapter 13 |
| Debtor | ) | Hon. G. Michael Halfenger |
|  | ) | Case No. 14-34211-gmh |

_____

### NOTICE OF DEBTOR'S MOTION TO VACATE ORDER DISMISSING CASE
_____

Karen Johnson-Kamwanga has filed papers with the Court to vacate the order dismissing her chapter 13 bankruptcy proceeding.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to dismiss the case, or you want your views on the motion heard, then you or your attorney must file a response to this motion with 21 days of this Notice, at

Janet Medlock, Clerk of Court
Room 126, U.S. Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202-4581

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to:

David P. Leibowitz
53 W. Jackson, Suite 1610
Chicago, IL 60604

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

       /s/ David P. Leibowitz    02/17/2016
Attorney for the Debtor

David P. Leibowitz
Lakelaw
53 W. Jackson, Suite 1610
Chicago, IL 60604
312.360.1501
312.360.1502 (fax)
dleibowitz@lakelaw.com
State Bar No. 1058663

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| In re Karen Johnson-Kamwanga,<br>　　　　Debtor | Chapter 13<br>Hon. G. Michael Halfenger<br>Case No. 14-34211-gmh |

## MOTION TO VACATE THE ORDER DISMISSING CASE

Now Comes Debtor Karen Johnson-Kamwanga ("Debtor"), by and through her attorneys, Lakelaw, and in support of her Motion to Vacate the Order Dismissing his Case states as follows:

1. Debtor filed her Chapter 13 case on November 24, 2014.

2. Debtor's case was dismissed on December 23, 2015, attendant to a Trustee's motion to dismiss for failure to make payments.

3. Bankruptcy Rule 9024, which incorporates Federal Rule of Civil Procedure 60(b), governs reconsideration of dismissal orders. *In re Dorff*, 12-30825-svk (Oct. 16, 2012).

4. Pursuant to FRCP 60(b)(6), the Court may relieve a party from a final judgment, order, or proceeding for "any […] reason that justifies relief."

5. In the instant case, the Debtor seeks to spare the expense and burden of refiling a new bankruptcy petition – though the Debtor believes she would be able to have the automatic stay extended – and it would be an unnecessary multiplying of efforts and expense.

6. The Trustee holds in excess of $4,000 available to pay to creditors, that would otherwise be refundable to the Debtor in the event that the dismissal order is not vacated.

7. The Debtor is prepared to pay the Trustee payments relating to the months of January, 2016, and February, 2016, and the Debtor can defer her remaining default and would still be able to complete her plan within 60 months.

David P. Leibowitz
Lakelaw
53 W. Jackson, Suite 1610
Chicago, IL 60604
312.360.1501
312.360.1502 (fax)
dleibowitz@lakelaw.com
State Bar No. 1058663

8. The Debtor would consent to entry of a payroll deduction order to make her plan payments going forward.

9. The Debtor has already provided the Trustee her 2014 state and federal tax returns, as cited in the Trustee's motion to dismiss, and the Debtor would be prepared to do the same for her 2015 state and federal tax returns.

WHEREFORE, Karen Johnson-Kamwanga respectfully requests this Court enter an order vacating the order dismissing her case.

Respectfully Submitted,

By: ____/s/ David P. Leibowitz_____
David P. Leibowitz
53 W. Jackson, Suite 1610
Chicago, IL 60604
312.360.1501
312.360.1502 (fax)
State bar no.: 1058663

David P. Leibowitz
Lakelaw
53 W. Jackson, Suite 1610
Chicago, IL 60604
312.360.1501
312.360.1502 (fax)
dleibowitz@lakelaw.com
State Bar No. 1058663

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**

_____

|  |  |  |
|---|---|---|
| **In re Karen Johnson-Kamwanga,** | ) ) ) | |
|  | ) | **Chapter 13** |
| Debtor | ) | **Hon. G. Michael Halfenger** |
|  | ) | **Case No. 14-34211-gmh** |

_____

**CERTIFICATE OF SERVICE**

_____

The undersigned, an attorney, swears that he did serve a true and accurate copy of the Debtor's Motion to Vacate Order Dismissing Case on the date below as follows:

- The Chapter 13 Trustee Mary Grossman and the Office of the United States Trustee were served by CM/ECF electronic notice.

The following were served a copy by US Mail, First Class, proper postage affixed, from Chicago, IL, on the same date: See list on following pages.kam

Dated February 17, 2016 at Chicago, Wisconsin

By: ____/s/ David P. Leibowitz_____

David P. Leibowitz
Lakelaw
53 W. Jackson, Suite 1610
Chicago, IL 60604
312.360.1501
312.360.1502 (fax)
dleibowitz@lakelaw.com
State Bar No. 1058663

| | | |
|---|---|---|
| | AmeriCredit Financial Services, Inc., d/b/a<br>Galanis, Pollack, Jacobs & Johnson, SC<br>c/o Aaron J. Bernstein<br>839 N. Jefferson Street<br>Suite 200<br>Milwaukee, Wi 53202-3733 | Hyundai Motor Finance<br>c/o Galanis, Pollack, Jacobs & Johnson<br>Atty. Aaron J. Bernstein<br>839 N. Jefferson Street, Ste 200<br>Milwaukee, WI 53202-3733 |
| Wells Fargo Bank, N.A.<br>c/o Gray & Associates, LLP<br>16345 W Glendale Dr<br>New Berlin, WI 53151-2841 | ARS Portfolio Services<br>6400 Main Street<br>Amherst, NY 14221-5858 | AT&T<br>PO Box 5014<br>Carol Stream, IL 60197-5014 |
| American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | CERASTES, LLC<br>C O WEINSTEIN, PINSON, AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | CHRYSLER CAPITAL<br>8585 STEMMONS FRWY STE # 1100<br>DALLAS, TX 75247-3836 |
| CNU of Wisconsin LLC<br>200 W Jackson Blvd, Ste. 2400<br>Chicago, IL 60606-6941 | Chrysler Capital<br>P.O. Box 961279<br>Fort Worth, TX 76161-0279 | Enhanced Acquisitions LLC<br>3840 E Robinson Rd Ste 353<br>Buffalo, NY 14228-2001 |
| Franklin Collection Service Inc.<br>2978 West Jackson Street<br>P.O. Box 3910<br>Tupelo, MS 38803-3910 | Hyundai Capital America DBA Hyundai Motor Fi<br>PO Box 20809<br>Fountain Valley, CA 92728-0809 | Hyundai Motor Finance<br>PO Box 20809<br>Fountain Valley, CA 92728-0809 |
| Hyundai Motor Finance<br>PO Box 20829<br>Fountain Valley, CA 92728-0829 | Insulation Technologies Inc.<br>321 N 25th St.<br>Milwaukee, WI 53233-2501 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Kahuna Payment Solutions, LLC<br>1602 Tullamore Avenue<br>Bloomington, IL 61704-9624 | Kohn Law Firm<br>735 N. Water St. Ste. 1300<br>Milwaukee, WI 53202-4106 | Liberty Mutual Insurance Attn: RPC<br>PO Box 8400<br>Dover, NH 03821-8400 |
| MNE Services Inc. dba United Cash Loans<br>3531 P Street NW<br>Miami, OK 74354-1904 | Midland Funding LLC<br>8875 Aero Drive Ste. 200<br>San Diego, CA 92123-2255 | Office of the U. S. Trustee<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202-4510 |
| Santander Consumer USA Inc, an illinois<br>corporation d/b/a Chrysler Capital<br>8585 N Stemmons Fwy Ste 1100-N<br>Dallas, TX 75247-3822 | Sterling Atlantic Law Group<br>1900 Campus Commons Dr, Ste. 520<br>Reston, VA 20191-1559 | Synchrony Bank<br>Attn: Bankruptcy Dept.<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| Transworld Systems<br>6425 Odana Rd<br>Madison, WI 53719-1127 | Transworld Systems<br>PO Box 15520<br>Wilmington, DE 19850-5520 | US Dept. of Education/GLELSI<br>2401 International<br>PO Box 7859<br>Madison, WI 53707-7859 |

| United States Department of Education | Wells Fargo Bank N.A. | Wells Fargo Home Mortgage |
| --- | --- | --- |
| Claims Filing Unit | c/o Wells Fargo Home Mortgage | PO Box 10335 |
| P O Box 8973 | Attn: Bankruptcy Dept MAC #D3347-01 | Des Moines, IA 50306-0335 |
| Madison, WI 53708-8973 | 3476 Stateview BLVD | |
| | Fort Mill, SC 29715-7203 | |

Wisconsin Bell, Inc
%AT&T Services, Inc
Karen A Cavagnaro - Lead Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693